Official Form 417A (12/23)

*JMMJ Development LLC  25-10191*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1.  Name(s) of appellant(s):
    JMMJ Development LLC

2.  Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ❑ Plaintiff | |
| ❑ Defendant | ☒ Debtor |
| ❑ Other (describe) _____ | ❑ Creditor |
| | ❑ Trustee |
| | ❑ Other (describe) _____ |

## Part 2:  Identify the subject of this appeal

1.  Describe the judgment—or the appealable order or decree—from which the appeal is taken:
    Order Granting Relief from Stay

2.  State the date on which the judgment—or the appealable order or decree—was entered:
    May 28, 2026 - attached

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1.  Party: The Bank of Greene County    Attorney: Lemery Greisler LLC
    60 Railroad Pl #302
    Saratoga Springs, NY 12866
    Attn: Meghan M. Breen

2.  Party: _____    Attorney: _____

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____    Date: June 10, 2026
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
  Peter A. Pastore, Esq.
  6 Airport Park Blvd.
  Latham, NY 12110
  518-462-5601

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers:  If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

So Ordered.

Signed this 28 day of May, 2026.



*Patrick G. Radel*

_____

Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
In re:

JMMJ DEVELOPMENT LLC                    Case No. 25-10191-1-pgr
                                        Chapter 11

Debtor.
-------------------------------------------------------------------

### ORDER GRANTING RELIF FROM THE AUTOMATIC STAY TO THE BANK OF GREENE COUNTY PURSUANT TO 11 U.S.C. § 362(d)

UPON the motion of The Bank of Greene County ("TBOGC") for relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1), Federal Rule of Bankruptcy Procedure 4001, and Local Bankruptcy Rule 9013-3 to allow TBOGC to proceed with a foreclosure action on its real property collateral, or alternatively, to dismiss the Debtor's chapter 11 case *with prejudice* to the Debtor's ability to refile a case under the Bankruptcy Code for 180 days (the "Stay Motion") (ECF No. 30); the opposition of the Debtor JMMJ Development LLC ("Debtor") (ECF Nos. 38-41); the reply of TBOGC (ECF No. 43); the sur-reply of the Debtor (ECF Nos. 56 & 57); upon the record of the hearings held before the Court on July 15, 2025 and August 5, 2025; upon the Conditional Order Granting Stay Relief and Denying Motion to Dismiss, dated August 15, 2025 (ECF No. 63) (the

{LG 00945920 2 }1

"Conditional Order") granted over the Debtor's objection, requiring among other things payment in full to TBOGC by May 5, 2026; and upon the Notice of Default, dated May 6, 2026 filed on the docket (ECF No. 91) and served pursuant to the Conditional Order; and further upon the Debtor's Motion to Continue the Statutory Stay ("Continuation Motion") (ECF No. 97-99), on shortened notice granted (ECF No. 100); TBOGC's Objection to the Continuation Motion (ECF No. 102); and upon the record of the hearing held before the Court on May 27, 2026; it is hereby

ORDERED that Debtor's Continuation Motion is DENIED; and it is further

ORDERED that the portion of the Stay Motion seeking relief from the automatic stay is GRANTED over Debtor's objection; and it is further

ORDERED that the automatic stay under 11 U.S.C. § 362(a) is vacated under 11 U.S.C. § 362(d)(1) to permit TBOGC to continue exercising its rights and remedies with respect to the real property securing TBOGC's loan known as Pulcher Ave, Greenport and 1 & 1½ Pulcher Ave, Greenport (SBLs: 100.-1-7.5; 100.-1-7.6; 100.-1-7.8; 100.-1-7.9; 100.-1-7.10) (the "Property")[1] including continuing its foreclosure action on the Property and noticing a foreclosure sale with respect to the Property; and it is further

ORDERED that pursuant to the Federal Rules of Bankruptcy Procedure Rule 4001(a)(4), this Order is stayed for 14 days after entry; and it is further

ORDERED that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

### 

---

[1]    The Debtor sold 27-29 Pulcher Avenue, Greenport (SBL 100.-1-7.7) in a consensual sale approved by order of this Court dated September 16, 2025 (ECF No. 72) pursuant to which TBOGC received sale proceeds in the amount of $242,072.24.